MARY GRACE WELLS SCHAAF ET AL. *v.* STATE OF INDIANA.

[No. 27,842. Filed June 24, 1943.]

*Frederick C. Crumpacker,* and *Richard P. Tinkham,* both of Hammond, *George E. Hershman,* of Crown Point, and *Gilbert Gruenberg,* of Gary (*Crumpacker & Friedrich,* and *Tinkham & Tinkham,* all of Hammond, of counsel), for appellant.

*James A. Emmert,* Attorney General, *Frank Hamilton,* First Assistant Attorney General, *Frank E. Coughlin,* Deputy Attorney General, *Charles W. Gannon,* of Crown Point, and *Henry G. Doherty,* of East Gary, for appellee.

SWAIM, C. J.—The motion of the State to dismiss this appeal presents the same questions as were presented in *Mary Grace Wells Schaaf* v. *State of Indiana,* No. 27840 in this court, *ante* p. 563, 49 N. E. (2d) 539. On the authority of that case this appeal is dismissed.

NOTE.—Reported in 49 N. E. (2d) 543.